# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-5105
_____

WINFRED J. ROBERTS,

  Petitioner,

v.

STATE OF FLORIDA,

  Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.

July 11, 2019

PER CURIAM.

  DISMISSED.  *See Baker v. State*, 878 So. 2d 1236 (Fla. 2004).

LEWIS, B.L. THOMAS, and ROBERTS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Winfred J. Roberts, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.